SCWC-15-0000905

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

AARON DAVID PERSIN, Respondent/Plaintiff-Appellee,

vs.

STATE OF HAWAIʻI; STATE OF HAWAIʻI DEPARTMENT OF PUBLIC
SAFETY; OAHU COMMUNITY CORRECTIONAL CENTER; SISAR
PADERES, M.D., Respondents/Defendants-Appellees,

and

ALTRES STAFFING, INC., dba ALTRES MEDICAL,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000905; CIVIL NO. 13-1-1571-05)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Altres Staffing, Inc., dba

Altres Medical's application for writ of certiorari filed on February

1, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 12, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

